# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL JOE WHEELER, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No. CIV-12-0793-F ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
|     Defendant. | ) ) |

## ORDER

Plaintiff Bill Joe Wheeler brings this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits under Title II of the Social Security Act.

Magistrate Judge Gary M. Purcell issued a Report and Recommendation on May 22, 2013 (the Report, doc. no. 19), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings. In his Report, the magistrate judge advised the parties of their right to object to the Report by June 11, 2013. He also advised them that failure to make timely objection to the Report waives appellate review of the recommended ruling. No objection has been filed, and no request for an extension of time within which to object has been requested.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the magistrate judge as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further administrative proceedings consistent with the Report.

Dated this 13th day of June, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0793p002.wpd